## AUGUSTE DU FORT, RESPONDENT, *v.* BRIDGET CONROY, APPELLANT.

*Real estate — title to, acquired by possession.*

The referee having found as matter of fact in an ejectment suit, that, for more than forty years, the lots of the respective parties had been separated by a partition fence; that the lots had been used and cultivated by their respective owners, for more than thirty years, up to the fence, on each side ; that in 1869 plaintiff's agent moved the fence two feet on to the lot occupied by defendant; that in August, 1871, defendant removed the fence to where it stood before, and brought an action and recovered damages against plaintiff for removing the fence ; *held*, that it was error to find as conclusion of law, that the plaintiff was owner of the strip of land between the fence, as it originally stood, and as it stood after its removal by plaintiff.

APPEAL from a judgment, entered upon the report of a referee in favor of the plaintiff.

*B. Bagley*, for the appellant.

*D. O'Brien*, for the respondent.

Opinion by SMITH, J.

Present — SMITH and GILBERT, JJ.

Judgment reversed and a new trial granted before a new referee.